**Order entered May 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00520-CV

### IN THE INTEREST OF Z.C.M., M.R.M. AND E.P.M., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-22954**

## ORDER

Before the Court are appellant's motions to extend the time to file the clerk's record and reporter's record and to pay the filing fee. The clerk's record and reporter's record are due on August 13, 2015. *See* TEX. R. APP. P. 35.1(a). Accordingly, we **DENY** as premature appellant's motions to extend the time to file those records.

We **GRANT** appellant's motion to extend the time to pay the filing fee. Appellant shall pay the filing fee within **THIRTY DAYS** of the date of this order.

/s/     ELIZABETH LANG-MIERS
           JUSTICE